**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

KYLE L.,

                Plaintiff,

               -v-                                        3:25-CV-1097 (AJB/MJK)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On August 15, 2025, plaintiff Kyle L.[1] ("plaintiff") filed this action seeking review of the final decision of defendant Commissioner of Social Security ("Commissioner") denying his application for benefits under the Social Security Act. Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

The matter was referred to U.S. Magistrate Judge Mitchell J. Katz for a Report & Recommendation ("R&R"). *See* Dkt. No. 7. Judge Katz granted plaintiff's IFP Application, Dkt. No. 9, the Commissioner filed a certified copy of the Administrative Record, Dkt. No. 11, and the parties briefed the matter in accordance with General Order 18, which provides that an appeal from the Commissioner's denial of benefits will be treated as if the parties have cross-moved for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure, Dkt. Nos. 12, 15, 16.

---

[1] On May 1, 2018, the Judicial Conference's Committee on Court Administration and Case Management issued a memorandum that encouraged courts to better protect the privacy of non-governmental parties in Social Security matters by using only the first name and last initial of the claimant in published opinions.

On May 11, 2026, Judge Katz advised by R&R that: (1) plaintiff's motion should be granted; (2) the Commissioner's motion should be denied; (3) the Commissioner's final decision should be vacated; and (4) this matter remanded for further administrative proceedings.  *See* Dkt. No. 17.

The Commissioner has lodged objections.  Dkt. No. 18.  Briefly stated, the Commissioner argues that the R&R failed to accord appropriate deference to the ALJ's factual determinations and instead reweighed the evidence to find greater limitations than the ALJ had assessed.  *Id*.  In response, plaintiff argues that deferential standard of review that applies to fact-finding does not shield an ALJ's inadequately explained conclusion from meaningful judicial review.  Dkt. No. 19.  As relevant here, plaintiff contends that the ALJ failed to adequately explain how plaintiff retained the RFC to perform "light work."  *See id*.

Upon *de novo* review, Judge Katz's R&R is accepted and will be adopted.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 17) is ACCEPTED;

2.  Plaintiff's motion is GRANTED;

3.  The Commissioner's motion is DENIED;

4.  The Commissioner's final decision is VACATED; and

5.  This matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Order and the R&R.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated:  June 3, 2026
        Utica, New York.

Anthony J. Brindisi
U.S. District Judge